# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BANKS, | NO. ED CV 10-1185 GW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: December 9, 2010

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE